# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ORIENTAL TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENOVO VENTURES, LLC <br><br> Defendant. | Civil Action Case No. 8:22-cv-00078 <br><br> DENOVO VENTURES, LLC's MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) or alternatively, MOTION TO TRANSFER VENUE PURSUANT TO 28 USC § 1406(a) OR 28 USC § 1404(a) |

COMES NOW DENOVO VENTURES, LLC ("**Denovo**"), a Colorado limited liability corporation, and by and through its counsel of record moves this Court for:

(A) An Order dismissing ORIENTAL TRADING COMPANY, INC.'s ("**OTC**") Complaint against Denovo for lack of personal jurisdiction and/or improper venue pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), respectively;

(B) Or, alternatively, if it is determined that the case has laid venue in the wrong district, but it be in the interest of justice to transfer this case, then an Order transferring this case to the United States District Court for the District of Colorado pursuant to 28 USC § 1406(a);

(C) Or, alternatively, for the convenience of parties and witnesses, and in the interest of justice, then an Order transferring this case to the United States District Court for the District of Colorado pursuant to 28 USC § 1404(a).

In support of the above, Denovo has concurrently filed a brief in support of this motion and the Affidavit of David MacGrandle.

Wherefore, Denovo respectfully requests this Court dismiss the Complaint, or,

Gordon Rees Scully Mansukhani, LLP
301 South 13th Street, Suite 400
Lincoln, NE 68508

alternatively, transfer the suit to the District of Colorado.

                                                    Respectfully submitted,

Dated: May 3, 2022              By    *s/ A. Victor Rawl, Jr.*
                                             A. Victor Rawl, Jr. (#24352)
                                             E-mail: vrawl@grsm.com
                                             Craig J. Mariam (*Pro Hac Vice Pending*)
                                             E-mail: cmariam@grsm.com
                                             GORDON & REES LLP
                                             301 South 13th Street, Suite 400
                                             Lincoln, NE 68508
                                             Telephone: (843) 278-5900
                                             *Counsel for Denovo Trading Company, LLC*

Gordon Rees Scully Mansukhani, LLP
301 South 13th Street, Suite 400
Lincoln, NE 68508

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2022, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

Martin W. Jaszczuk
Daniel I. Schlessinger
Margaret Schuchardt
Seth Corthell
JASZCZUK P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Tel: 312-442-0509
Email: mjaszczuk@jaszczuk.com
          dschlessinger@jaszczuk.com
          mschuchardt@jaszczuk.com
          scorthell@jaszczuk.com

Date: May 3, 2022

                                            By    *s/ A. Victor Rawl, Jr.*_____
                                                      A. Victor Rawl, Jr.

Gordon Rees Scully Mansukhani, LLP
301 South 13th Street, Suite 400
Lincoln, NE 68508

1262885/66733185v.2