IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ORIENTAL TRADING COMPANY, INC.,

Plaintiff,

v.

DENOVO VENTURES, LLC,

Defendant.

8:22CV78

ORDER

This matter is before the Court on plaintiff Oriental Trading Company, Inc.'s ("OTC") response (Filing No. 37) to the Court's Order to Show Cause (Filing No. 36) why this case should not be dismissed for lack of subject-matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). After reviewing defendant Denovo Ventures, LLC's ("Denovo") Corporate Disclosure Statement (Filing No. 35), which indicates OTC and Denovo are not completely diverse, OTC states it "sees no basis upon which to contest this Court's dismissal of this matter for lack of subject matter jurisdiction." Accordingly,

IT IS ORDERED:
1. This case is dismissed without prejudice for lack of subject-matter jurisdiction.
2. Denovo's pending Motion to Dismiss for Lack of Personal Jurisdiction or, alternatively, Motion to Transfer Venue (Filing No. 21) is denied as moot.

Dated this 8th day of August 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge